<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

In re: Appeal of: Tristram Heinz From a  :
Decision of City of Philadelphia          :
Bureau of Administrative Adjudication  :
                                                        :
Appeal of: Tristram Heinz                  :          No. 1231 C.D. 2022

**PER CURIAM**                    **O R D E R**

NOW, July 11, 2024, having considered Appellant's application for reargument, the application is DENIED.